IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ACADIA INSURANCE COMPANY**             **PLAINTIFF**

v.           **CAUSE NO. 1:16CV182-LG-RHW**

**PEARL RIVER COMMUNITY COLLEGE and
DONNA P. GREEN, Guardian Ad Litem for
L.M.S., a minor**            **DEFENDANTS**

## JUDGMENT

This matter came on to be heard on the Motion for Judgment on the Pleadings filed by Plaintiff Acadia Insurance Company. The Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with its order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Motion [24] for Judgment on the Pleadings filed by filed by Plaintiff Acadia Insurance Company is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff does not owe any duties to the defendants for claims made by Donna P. Green as guardian ad litem for L.M.S. This matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 21st day of February, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE